IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMY PAUL MIMS
(a/k/a ABDULLAH AL KARIM)                                                         PLAINTIFF

v.                                    Case No. 6:20-cv-6144

DIRECTOR JERRY BRADSHAW, et al.                                               DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed April 08, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 15) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of May, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge